

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2021

No. 04-20-00571-CV

**IN RE D'SPAIN CONSTRUCTION L.L.C.**

No. 04-20-00574-CV

**IN RE** Rowena **KNEUPPER**

Original Proceeding[1]

**ORDER**

On November 30, 2020, Relators filed petitions for writs of mandamus and requested stays of discovery orders pending final resolutions of their petitions. We granted the stays and requested responses. Based on the responses, we abated these proceedings to allow the trial court to amend or vacate its discovery orders.

On February 3, 2021, Relators notified this court that the trial court effectively rescinded its discovery orders, and Relators asked this court to dismiss their petitions as moot.

Relators' requests are granted. The stays imposed on December 1, 2020, are lifted. Relators' petitions for writs of mandamus are dismissed as moot.

It is so **ORDERED** on February 17, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]These proceedings arise out of Cause No. 20-274, styled *D'Spain Construction L.L.C. v. George Samuel Ludolf, Individually and as Owner/Manager of GSL Ranch LLC a/k/a GSL Ranch; et al.*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.